BEFORE THE THIRD DIVISION, MAY 1, 1961

No. 65552.—The May Department Stores Co. *v.* United States, protests 186263–K, 194745–K, and 219971–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiff was sustained.

No. 65553.—Electro Motive Mfg. Co., Inc. *v.* United States, protest 60/12253 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of ceramic bases similar in all material respects to those the subject of *John H. Faunce, Philadelphia, Inc.* v. *United States* (42 Cust. Ct. 196, C.D. 2085), the claim of the plaintiff was sustained.

No. 65554.—Canada Dry Ginger Ale, Inc., et al. *v.* United States, protests 59/32167, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers.   In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protests were sustained to this extent.